# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MARIO REED, | ) |
| Plaintiff, | ) ) |
| v. | ) ) No. 25-cv-2123-SHL-tmp |
| SHADOW CREEK WEST PARTNERS and MG CONSTRUCTION COMPANY, LLC., | ) ) ) |
| Defendants. | ) |

## ORDER TRANSFERRING CASE

The above case is hereby transferred to the Eastern Division of the Western District of Tennessee at Jackson for all further proceedings.

**IT IS SO ORDERED,** this 8th day of May, 2025.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE